**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: CHRISTOPHER A. BELLONE   § Case No. 09-70602
      KRISTIE L. BELLONE   §
                                      §
        Debtors   §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/24/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/12/2009.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $48,200.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 3,323.10 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 3,323.10 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,860.91 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 199.19 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,060.10 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY DONALD P SULLIVAN | Lgl | 3,500.00 | 2,500.00 | 2,500.00 | 1,860.91 | 0.00 |
| HSBC AUTO FINANCE (f/k/a | Sec | 8,390.00 | 14,742.43 | 14,742.43 | 1,263.00 | 0.00 |
| ILLINOIS TITLE LOANS, INC | Sec | 3,023.88 | 3,023.88 | 3,023.88 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS, INC | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Sec | 29,500.00 | 30,900.94 | 0.00 | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| ABA | Uns | 2,041.00 | 3,869.79 | 3,869.79 | 0.00 | 0.00 |
| ABA | Uns | 594.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 259.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 233.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 224.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK | Uns | 1,089.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Uns | 228.70 | NA | NA | 0.00 | 0.00 |
| ANDERSON RANDOLF PRICE | Uns | 35.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| APPLIED BNK | Uns | 1,254.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BNK | Uns | 1,172.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPT | Uns | 471.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 68.15 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 10,238.00 | 10,507.97 | 10,507.97 | 0.00 | 0.00 |
| CAP ONE | Uns | 1,713.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 172.00 | 491.25 | 491.25 | 0.00 | 0.00 |
| CREDITORS PR | Uns | 148.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PR | Uns | 87.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PR | Uns | 69.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 403.90 | NA | NA | 0.00 | 0.00 |
| FEDERAL COLL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 483.00 | 483.87 | 483.87 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 476.00 | 476.42 | 476.42 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 575.00 | 634.44 | 634.44 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 525.00 | 525.56 | 525.56 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 706.00 | 706.11 | 706.11 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 645.00 | 645.00 | 645.00 | 0.00 | 0.00 |
| LHR INC | Uns | 1,327.00 | 1,355.27 | 1,355.27 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,261.00 | 1,272.19 | 1,272.19 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,165.00 | 1,174.69 | 1,174.69 | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 628.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY | Uns | 553.00 | 553.08 | 553.08 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 107.00 | 121.47 | 121.47 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY TERRY HOSS & | Uns | 34.46 | 34.46 | 34.46 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 559.00 | 554.29 | 554.29 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 483.03 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 432.00 | 480.81 | 480.81 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Con | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,267.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY | Uns | 0.00 | 602.27 | 602.27 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 90.15 | 90.15 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 17,766.31 | $ 1,263.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 17,766.31 | $ 1,263.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 25,979.09 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,060.10 |
| Disbursements to Creditors | $ 1,263.00 |
| **TOTAL DISBURSEMENTS:** | $ 3,323.10 |

UST Form 101-13-FR-S (4/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/20/2009              By:  /s/ Lydia S. Meyer
                                                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)